Tyler J. Woods, Bar No. 232464
twoods@trialnewport.com
Scott J. Ferrell, Bar No. 202091
sferrel@trialnewport.com
NEWPORT TRIAL GROUP
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

*Attorneys for Plaintiff ECLIPSE IP LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC<br><br>         Plaintiffs,<br><br>         vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>         Defendants. | Case No.  CV12-05092-RGK(JLx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1))**<br><br>Complaint Filed:   June 12, 2012 |

TO THE COURT AND ALL PARTIES:

   PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P 41(a)(1), plaintiff ECLIPSE IP LLC voluntary dismisses the above-captioned action, with prejudice, in its entirety.

Dated:     August 16, 2012          NEWPORT TRIAL GROUP


                                   By: */s/Tyler J. Woods*
                                       Tyler J. Woods
                                       Attorney for Plaintiff
                                       ECLIPSE IP LLC

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2012, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41(a)(1))** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 _/s/Tyler J. Woods_
Tyler J. Woods